UNITED STATES DISTRICT COURT OF CONCORD, NEW HAMPSHIRE
~~EASTERN~~ DISTRICT OF ~~WASHINGTON~~

John Robert Demos #287455
*Plaintiff's full name and prisoner number*

Plaintiff,

v.

Donald John Trump,
[Former U.S. President]

ET al.,
*Defendant's/defendants' full name(s)*

Defendant(s).

(If you cannot fit all of the defendants' names in the space provided, please write "see attached" in the space above and attach additional sheets of paper, as necessary, with the full list of names. The names listed here must be identical to those in Section II. Do not include addresses here. **Individuals whose names are not included in this section will not be considered defendants in this action.**)

Case No. _____
(leave blank – for court staff only)

PRISONER CIVIL RIGHTS COMPLAINT
42 USC 1981 Thru 2000,

Jury Demand?
☒ Yes
☐ No

## WARNINGS

1. Do not use this form if you are challenging the validity of your criminal conviction or your criminal sentence. If you are challenging your conviction or sentence, or if you are seeking restoration of good-time credits that would shorten your sentence, you must file a Petition for Writ of Habeas Corpus. If you use this form to challenge your conviction or sentence, you risk having your claim dismissed. Separate forms are available for filing a habeas petition.

2. Under the Prison Litigation Reform Act ("PLRA"), you are required to exhaust all remedies in your institution's grievance system that are available to you before filing suit. This generally means that you must file a grievance and, if it is denied, appeal it through all available levels of review. Your case may be dismissed if you fail to exhaust administrative remedies, unless the administrative grievance process was not "available" to you within the meaning of the PLRA. You are not required to plead or show that you have exhausted your claim in this complaint.

Page 1 of 9

3.  Please review your complaint carefully before filing. If your case is dismissed, it may affect your ability to file future civil actions while incarcerated without prepaying the full filing fee. Under the PLRA, a prisoner who has had three or more civil actions or appeals dismissed as frivolous, malicious, or for failure to state a claim cannot file a new action without first paying the full filing fee, unless the prisoner is in imminent danger of serious bodily injury.

4.  Under Federal Rule of Civil Procedure 5.2, papers filed with the court, including exhibits or attachments to a complaint, <u>may not</u> contain certain information, which must be modified as follows:

    Do <u>not</u> include:
    - a full social security number
    - a full birth date
    - the full name of a minor
    - a complete financial account number

    Instead, use:
    → the last four digits
    → the birth year
    → the minor's initials
    → the last four digits

5.  At this stage of the proceeding, you need not submit exhibits, affidavits, grievances, witness statements, or any other materials with this complaint to the Clerk's Office. Any documents you submit *must relate directly to the claims you raise in this lawsuit*. They will become part of the court record and *will not be returned to you*.

---

I.  **PLAINTIFF INFORMATION**

Demos, John Robert
Name (Last, First, MI)

Aliases/Former Names: YA-JA IdRis TAION Lionel

Prisoner ID # 287455

Place of Detention: The Stafford Creek Correctional Center

Institutional Address: 191 Constantine Way, Aberdeen, Washington. 98250

County, City    State    Zip Code

*Indicate your status:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## II. DEFENDANT INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint. Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page of the complaint. Attach additional sheets of paper as necessary.*

Defendant 1: **TRUMP, Donald John**
Name (Last, First)

**Former 45th U.S. President**
Current Job Title

**MAR-A-LAGO**
Current Work Address

**Florida**
County, City    State    Zip Code

Defendant 2: _____
Name (Last, First)

Current Job Title

Current Work Address

County, City    State    Zip Code

Defendant 3: _____
Name (Last, First)

Current Job Title

Current Work Address

County, City    State    Zip Code

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

John Robert Demos
_____
Plaintiff

vs.

Donald John Trump,
_____

_____
Defendant(s)

DECLARATION AND APPLICATION TO PROCEED *IN FORMA PAUPERIS* BY A PRISONER BRINGING A CIVIL RIGHTS ACTION

CASE NUMBER:

I, John R. Demos, declare that I am the plaintiff in the above-entitled proceeding; in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare I am unable to pay the full filing fee or give security for it; and I am entitled to relief. The nature of my action is *briefly* stated as follows: The 45th President of the U.S. has failed to discharge his constitutional duty of seeing to it that the laws are faithfully executed.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ YES ☐ NO (If "NO", **DO NOT USE THIS FORM**)

   If "YES", state the place of your incarceration: _____
   **NOTICE: You must sign the Acknowledgment and Authorization portion of this application and attach a certified copy of your inmate trust fund account statement (or institutional equivalent) for the past six months.**

2. Are you currently employed? ☐ YES ☐ NO

   a. If the answer is YES, state the amount of your salary, wages or gratuity per month, and identify your employer.

   b. If the answer is NO, state the date of your last employment, the amount of your salary or wages (net and gross) and pay period, and the name and address of your last employer.

(Rev 05/13)

1

3. In the past twelve months, have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ YES ☒ NO
   b. Rent payments, interest or dividends ☐ YES ☒ NO
   c. Pensions, annuities or life insurance payments ☐ YES ☒ NO
   d. Disability or workers compensation payments ☐ YES ☒ NO
   e. Gifts or inheritances ☐ YES ☒ NO
   f. Any other sources ☐ YES ☒ NO

If the answer to any of the above is "YES", describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have **any** cash or do you have any money in a checking or savings account? (Do not include your inmate trust fund account.) ☒ YES ☐ NO

   If "YES", state the total amount: $ 400.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ YES ☒ NO

   If "YES", describe the property and state its value: _____

6. Do you have any other assets? ☐ YES ☒ NO

   If "YES", list the asset(s) and state the value of each asset listed:

7. List the persons who are dependent on you for support, state your relationship to each person and indicated how much you contribute to their support:
   I hAvE No depeNdeNts At This Time

**I declare under penalty of perjury that the above information is true and correct.**

Executed on: 12-29-2023
Date

_John Robert Demos_
Signature of Applicant

2

Cause No. _____

## ACKNOWLEDGMENT AND AUTHORIZATION

By choosing to bring a civil rights action, I acknowledge that I am responsible for payment of the full amount of the filing fee under 28 U.S.C. § 1915. I request and authorize the agency having custody of me to calculate, withdraw, and disburse funds from my inmate trust fund account in the amounts specified by 28 U.S.C. § 1915(b). I understand the total filing fee which I am obligated to pay is $350.00. I also understand this fee will be debited from my account regardless of the outcome of my lawsuit. This authorization shall apply to any other agency into whose custody I may be transferred.

12-29-2023
Date

_John Robert Demos_
Signature of Applicant

_John Robert Demos_                287455
Name of Applicant                  Inmate No.
(As recognized by the Department of Corrections/
Correctional Facility in which you are incarcerated)

3

# Questions Presented

1. Can former U.S. President Donald J. Trump be convicted of Insurrection, Sedition, Treason, and plotting to overthrow the U.S. Government in the World Court of Public Opinion, Public Sentiment, Public Outcry, and Public Endorsement?

2. Does the Act of Treason constitute a High Crime?

3. Does the Treason Clause, the Insurrection Clause of the U.S. Constitution apply to sitting Presidents?

4. Is Donald J. Trump above the law?

5. Does the President of the U.S. govern State and Federal Prisons?

6. Do the Acts, Executive Orders, & Proclamations of the President, impact upon, and effect prison inmates?

7. Just how is the (2) words "Presidential Immunity," constitutionally defined?

8. Does the "Good Behavior Clause" apply to a sitting President?

9. Does Article II of the U.S. Constitution place guardrails on the President's conduct, behavior, or deportment?

10. Does the President act for, speak for, and execute laws for the benefit of prison inmates?

# Issues Presented

1. Whether the Courts have the Authority to charge a former sitting U.S. President with the following High Crimes,
   (a) Subversion, ?
   (b) Conspiracy to overthrow the U.S. Government, ?
   (c) Sedition, ?
   (d) Treason, ?
   (e) Insurrection, ?
   (F) Rebellion, ?

2. Whether or not a sitting U.S. President (Donald Trump in 2020) is,
   (a) Above the law,
   (b) Bound by the law,
   (c) Controlled by the law,
   (d) Below the law,
   (e) Equal to the law,
   (F) A Lawmaker (or makes law),
   (G) A Legislator,
   (H) A "King" or Imperial Potentate,
   (i) Exempt from U.S. Constitution Mandates,
   (J) Able to Pardon Himself,

# Grounds For Relief

1. As a consequence of the 1-6-2020 Washington, D.C. Capitol Riots that took fruition on the watch of the 46th President of the United States,

   I charge the former U.S. President with violating the Constitutional Rights of Plaintiff Demos,

   (a) Take care that the Laws be Faithfully Executed,

   (b) Right to have Non-Biased, or Pre-disposed Presidential Electors,

   (c) Violation of Oath of Office,

   (d) Tainted U.S. Citizenship of Defendant Donald J. Trump,

   (e) Right not to have the Great Writ Suspended, as the 1-6-2023 Capitol Rights that took place in Wash, D.C. "Suspended" the Great Writ, to Plaintiff's peril, as I was prohibited from Filing Writs of Habeas, and Writs of Mandamus.

   (F) The 14th Amendment Insurrection Clause

   (G) 22nd, 15th, 17th, 23rd Amendments to the U.S. Constitution was violated, as all of the (4) Amendments cited involve voting Rights.

# Grounds For Relief

1. In Light of the 1-6-2020 Washington, D.C. Capitol Riots, Former U.S. President Donald J. Trump Violated The Following Constitutional Rights of The Plaintiff:

   (a) Plaintiff's Right To Privileges & Immunities,

   (b) The Full Faith And Credit Clause,
   (c) The Supremacy Clause,
   (d) The Oath of Office Clause,
   (E) The Protection Against Treason Clause,
   (F) The Presidential Powers Clause (Article #2)
   (G) The 14th Ammendment "Insurrection Clause),

## III. STATEMENT OF CLAIM(S)

*In this section, you must explain what you believe each defendant did to violate your civil rights, and if you know, identify the federal statutory or constitutional right you believe was violated.*

*If you believe the defendant(s) violated your civil rights in more than one way, explain each violation under a different count. For example, if you believe you received constitutionally inadequate medical care and your religious rights were substantially burdened, include one claim under "Count I" (i.e., medical) and the other claim under "Count II" (i.e., religion).*

*Number your paragraphs. For example, in Count I, paragraphs should be numbered 1.1, 1.2, 1.3, etc., and in Count II, paragraphs should be numbered 2.1, 2.2, 2.3, etc. The first two paragraphs of each Count have been numbered for you.*

*If you have more than three counts, attach additional pages and follow the same format for each count.*

*If you attach documents to support the facts of your claim(s), you must specify which portion of the document(s) (i.e., page and paragraph) you are relying on to support the specific fact(s) of your claim(s). If you do not specify the portion of the supporting document(s), the Court may disregard your document(s).*

### COUNT I

*Identify the first right you believe was violated and by whom:*

1.1 THE 14th Amendment Right To Due Process, And Equal Protection of the Law.

*State the facts of your first claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

1.2 On 1-6-2023 During the Infamous Wash. D.C. Capitol Riots, Former U.S. President Donald J. Trump Engaged In Insurrection, Rebellion, Treason, In Direct Violation of the 14th Amendment To the U.S. Constitution.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count I. Continue to number your paragraphs.*

_____

_____

_____

## COUNT II

*Identify the second right you believe was violated and by whom:* THE ARTicle I- Sec.9-cl. 2
Right 2.1 To hAVE The GReAT WRiT Suspended wAs VioiATed.

*State the facts of your second claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.* THE WAsh, D.C. CAPitol Rights
2.2 AT WAsh, D.C., Shut down CongRess, The WAsh, D.C. CouRTs, The U.S. CongRess, & The U.S. Justice DePARtment.
When The U.S. GoveRnment Shuts down, PlAintiff Demos is PReventedFRom,
1. Petitioning The GoveRnment FoR A Redress of GRievAnces,

_____
_____
_____
_____
_____
_____
_____

*State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count II. Continue to number your paragraphs.*

_____
_____
_____
_____

## COUNT III

*Identify the third right you believe was violated and by whom:* THE ARTicLE 4-Sec. 4 ConstitutionAl Right To A Republican Form of Government WAS violated.
3.1

_____

*State the <u>facts</u> of your third claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.* On 1-6-2020, Defendant Donald J.
3.2 Trump by Actively Orchestrating, Supporting, And Giving to 100's of Wash. D.C. Riots Trumps Blessing, And Authority To Engage In Rebellion Against The U.S. Government, And Election Officials, Committed "Treason" And Subversion most Foul.

## IV. RELIEF

*State exactly what you want the Court to do for you. For example, you may be seeking money damages from an individual defendant, you may want the Court to order a defendant to do something or to stop doing something, or you may want both kinds of relief. Make no legal arguments. Cite no cases or statutes.* I SEEK Any, And All Subsequent Relief As The Court deems To bE NecessARy And PRoPeR.

I Seek MoneTARy ComPeNsATion. I Seek DeclARAToRy, TReblE, ComPeNsAToRy, InJunCTiVE, RemediAl, STATuToRy, ConSTiTuTioNAl, SPeciAl, PRosPecTiVE, PuniTiVE, PecuniARy, All-PuRPosE DAmAGES In The SAid AmmounT of $10,000,000, (Ten Million) DollARs.

## V. SIGNATURE

*By signing this complaint, you represent to the Court that you believe the facts alleged to be true to the best of your knowledge, that you believe those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.*

12-31-2023                                    John Robert Demot
_____                                   _____
Dated                                         Plaintiff's Signature

John R. Demos #287455-H2-A-07
Stafford Creek Correctional Center
191 Constantine Way
Aberdeen, WA., 98520



c/o The Clerk Of The Court - U.S. District Court
U.S. Courthouse
55 Pleasant Street
Concord, New Hampshire.
03301

LEGAL MAIL